■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v TEMEEN MCCOVEY, Respondent. [722 NYS2d 394] —Appeal by the People from an order of the Supreme Court, Kings County (Lewis, J.), dated June 22, 2000, which, after a hearing, granted that branch of the defendant's omnibus motion which was to suppress physical evidence.

Ordered that the order is affirmed.

The factual findings and credibility determinations of a hearing court are entitled to great deference on appeal, and will not be disturbed unless clearly unsupported by the record (*see, People v Prochilo,* 41 NY2d 759, 761; *People v Jakins,* 277 AD2d 328; *People v Rose,* 204 AD2d 745). The hearing minutes support the granting of that branch of the respondent's motion which was to suppress the physical evidence (*see, People v Howard,* 50 NY2d 583; *People v Boodle,* 47 NY2d 398). O'Brien, J. P., Krausman, Florio and Schmidt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK MCFADDEN, Appellant. [722 NYS2d 394] —Appeal by the defendant from two judgments of the County Court, Nassau County (Cotter, J.), both rendered August 31, 1999, convicting him of burglary in the third degree, resisting arrest, and possession of burglar's tools, under Indictment No. 3354/98, and criminal possession of a controlled substance in the seventh degree under Indictment No. 851/99, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). O'Brien, J. P., Friedmann, Goldstein and Smith, JJ., concur.